DGS-43-008

**COMMONWEALTH OF VIRGINIA**
**DEPARTMENT OF GENERAL SERVICES/DIVISION OF PURCHASES AND SUPPLY**
**FEDERAL SURPLUS PROPERTY**
www.dgs.virginia.gov

State Agency Code: 0
Donee Account Number: 20523330

**DISTRIBUTION DOCUMENT AND INVOICE**
1480 E. Main St., Suite 703, Wytheville, VA 24382
Telephone: (276) 228-6803 - FAX (276) 228-6927

PAYMENT DUE WITHIN
30 DAYS OF THIS INVOICE

| | | |
|---|---|---|
| To: | MATTHEW LEFANDE | No: D200000023 |
| Agency Name: | COMMONWEALTH PROTECTION INSTITUTE (CPI) | PO Number: |
| Address Line 1: | 4585 NORTH 25TH ROAD | Date: 07/02/2018 |
| Address Line 2: | | |
| City: | ARLINGTON | |
| State: | VIRGINIA | |
| Zip: | 22207 | |

**TO PAY ONLINE (VISA OR MASTERCARD) CLICK ON THE LINK PROVIDED IN YOUR FEDERAL OSPM INVOICE EMAIL.**
**IF YOU NEED TO PAY BY CHECK, PLEASE MAKE OFFICIAL AGENCY CHECK PAYABLE TO THE TREASURE OF VIRGINIA**
**AND MAIL TO: THE DEPARTMENT OF GENERAL SERVICES, P.O. BOX 267, RICHMOND, VA 23218-0267**

| TRANSFER ORDER NO. | NSN | ITEM DESCRIPTION | UNIT ACQ. COST | TOTAL ACQ. COST | QUANTITY AND UNIT | UNIT SERVICE CHARGE | TOTAL SERVICE CHARGE |
|---|---|---|---|---|---|---|---|
| 51-018-0187-42-001 | 3431 | WELDING MACHINE,INV | $5,168.21 | $5,168.21 | 1/EA | $500.00 | $500.00 |
| PAYMENT DUE WITHIN 30 DAYS OF THIS INVOICE | | **TOTALS:** | ACQUISITION COST | $5,168.21 | | SERVICE CHARGES | $500.00 |

The property listed is "as is, where is" with no expressed or implied warranties given. The property listed is for official use of agency listed, and not for personal use.

NOTICE: Please read additional Terms and Restrictions listed on back.

As the duly authorized agent of the above donee, I accept the property listed hereon and commit the donee to the certifications and agreements printed on the reverse of this Document and Invoice.

Received by and Signature of Donee

Phone # ( ) _____

Designated Person:

_____
(Signature)

Email:

Date:_____

Property Issued by: KIM HAYES(DELETED)

Vehicle License:_____

DGS-43-008

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF GENERAL SERVICES/DIVISION OF PURCHASES AND SUPPLY
**FEDERAL SURPLUS PROPERTY**
www.dgs.virginia.gov

**DISTRIBUTION DOCUMENT AND INVOICE**
1480 E. Main St., Suite 703, Wytheville, VA 24382
Telephone: (276) 228-6803 - FAX (276) 228-6927

State Agency Code: 0
Donee Account Number: 20523330

PAYMENT DUE WITHIN
30 DAYS OF THIS INVOICE

| To: | MATTHEW LEFANDE | No: | D200000027 |
|---|---|---|---|
| Agency Name: | COMMONWEALTH PROTECTION INSTITUTE (CPI) | PO Number: | |
| Address Line 1: | 4585 NORTH 25TH ROAD | Date: | 08/23/2018 |
| Address Line 2: | | | |
| City: | ARLINGTON | | |
| State: | VIRGINIA | | |
| Zip: | 22207 | | |

**TO PAY ONLINE (VISA OR MASTERCARD) CLICK ON THE LINK PROVIDED IN YOUR FEDERAL OSPM INVOICE EMAIL.
IF YOU NEED TO PAY BY CHECK, PLEASE MAKE OFFICIAL AGENCY CHECK PAYABLE TO THE TREASURE OF VIRGINIA
AND MAIL TO: THE DEPARTMENT OF GENERAL SERVICES, P.O. BOX 267, RICHMOND, VA 23218-0267**

| TRANSFER ORDER NO. | NSN | ITEM DESCRIPTION | UNIT ACQ. COST | TOTAL ACQ. COST | QUANTITY AND UNIT | UNIT SERVICE CHARGE | TOTAL SERVICE CHARGE |
|---|---|---|---|---|---|---|---|
| 51-018-0208-24-001 | 3416 | LATHE,ENGINE | $67,200.00 | $67,200.00 | 1/EA | $300.00 | $300.00 |
| PAYMENT DUE WITHIN 30 DAYS OF THIS INVOICE | | **TOTALS:** | ACQUISITION COST | $67,200.00 | | SERVICE CHARGES | $300.00 |

The property listed is "as is, where is" with no expressed or implied warranties given. The property listed is for official use of agency listed, and not for personal use.

NOTICE: Please read additional Terms and Restrictions listed on back.

As the duly authorized agent of the above donee, I accept the property listed hereon and commit the donee to the certifications and agreements printed on the reverse of this Document and Invoice.

Received by and Signature of Donee

Phone # ( ) _____

Designated Person:

_____
(Signature)

Email:

Date:_____

Property Issued by: KIM HAYES(DELETED)

Vehicle License:_____

DGS-43-008

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF GENERAL SERVICES/DIVISION OF PURCHASES AND SUPPLY
**FEDERAL SURPLUS PROPERTY**
www.dgs.virginia.gov

| State Agency Code: | 0 |
| Donee Account Number: | 20523330 |

**DISTRIBUTION DOCUMENT AND INVOICE**
1480 E. Main St., Suite 703, Wytheville, VA 24382
Telephone: (276) 228-6803 - FAX (276) 228-6927

PAYMENT DUE WITHIN
30 DAYS OF THIS INVOICE

| To: | MATTHEW LEFANDE | No: | D200000045 |
| Agency Name: | COMMONWEALTH PROTECTION INSTITUTE (CPI) | PO Number: | |
| Address Line 1: | 4585 NORTH 25TH ROAD | Date: | 04/26/2019 |
| Address Line 2: | | | |
| City: | ARLINGTON | | |
| State: | VIRGINIA | | |
| Zip: | 22207 | | |

**TO PAY ONLINE (VISA OR MASTERCARD) CLICK ON THE LINK PROVIDED IN YOUR FEDERAL OSPM INVOICE EMAIL.
IF YOU NEED TO PAY BY CHECK, PLEASE MAKE OFFICIAL AGENCY CHECK PAYABLE TO THE TREASURE OF VIRGINIA
AND MAIL TO: THE DEPARTMENT OF GENERAL SERVICES, P.O. BOX 267, RICHMOND, VA 23218-0267**

| TRANSFER ORDER NO. | NSN | ITEM DESCRIPTION | UNIT ACQ. COST | TOTAL ACQ. COST | QUANTITY AND UNIT | UNIT SERVICE CHARGE | TOTAL SERVICE CHARGE |
|---|---|---|---|---|---|---|---|
| 51-019-0064-42-001 | 3416 | LATHES | $36,350.00 | $36,350.00 | 1/EA | $3,635.00 | $3,635.00 |
| PAYMENT DUE WITHIN 30 DAYS OF THIS INVOICE | | **TOTALS:** | ACQUISITION COST | $36,350.00 | | SERVICE CHARGES | $3,635.00 |

The property listed is "as is, where is" with no expressed or implied warranties given. The property listed is for official use of agency listed, and not for personal use.

NOTICE: Please read additional Terms and Restrictions listed on back.

As the duly authorized agent of the above donee, I accept the property listed hereon and commit the donee to the certifications and agreements printed on the reverse of this Document and Invoice.

Received by and Signature of Donee

Phone # (      ) _____

Designated Person:

_____
(Signature)

Email:

Date:_____

Property Issued by:    JERMAINE TUCKER(DELETED)

Vehicle License:_____

DGS-43-008

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF GENERAL SERVICES/DIVISION OF PURCHASES AND SUPPLY
FEDERAL SURPLUS PROPERTY
www.dgs.virginia.gov

State Agency Code: 0
Donee Account Number: 20523330

**DISTRIBUTION DOCUMENT AND INVOICE**
1480 E. Main St., Suite 703, Wytheville, VA 24382
Telephone: (276) 228-6803 - FAX (276) 228-6927

PAYMENT DUE WITHIN
30 DAYS OF THIS INVOICE

| | | |
|---|---|---|
| To: | MATTHEW LEFANDE | No: D200000039 |
| Agency Name: | COMMONWEALTH PROTECTION INSTITUTE (CPI) | PO Number: |
| Address Line 1: | 4585 NORTH 25TH ROAD | Date: 02/28/2019 |
| Address Line 2: | | |
| City: | ARLINGTON | |
| State: | VIRGINIA | |
| Zip: | 22207 | |

**TO PAY ONLINE (VISA OR MASTERCARD) CLICK ON THE LINK PROVIDED IN YOUR FEDERAL OSPM INVOICE EMAIL.
IF YOU NEED TO PAY BY CHECK, PLEASE MAKE OFFICIAL AGENCY CHECK PAYABLE TO THE TREASURE OF VIRGINIA
AND MAIL TO: THE DEPARTMENT OF GENERAL SERVICES, P.O. BOX 267, RICHMOND, VA 23218-0267**

| TRANSFER ORDER NO. | NSN | ITEM DESCRIPTION | UNIT ACQ. COST | TOTAL ACQ. COST | QUANTITY AND UNIT | UNIT SERVICE CHARGE | TOTAL SERVICE CHARGE |
|---|---|---|---|---|---|---|---|
| 51-019-0028-51-001 | 8145 | SHIPPING AND STORAG | $5,000.00 | $5,000.00 | 1/EA | $500.00 | $500.00 |
| 51-019-0028-51-002 | 8145 | SHIPPING AND STORAG | $5,000.00 | $5,000.00 | 1/EA | $500.00 | $500.00 |
| 51-019-0036-51-001 | 3445 | SHEARING MACHINE,TH | $488.18 | $488.18 | 1/EA | $73.00 | $73.00 |
| PAYMENT DUE WITHIN 30 DAYS OF THIS INVOICE | TOTALS: | ACQUISITION COST | | $10,488.18 | | SERVICE CHARGES | $1,073.00 |

The property listed is "as is, where is" with no expressed or implied warranties given. The property listed is for official use of agency listed, and not for personal use.

NOTICE: Please read additional Terms and Restrictions listed on back.

As the duly authorized agent of the above donee, I accept the property listed hereon and commit the donee to the certifications and agreements printed on the reverse of this Document and Invoice.

Received by and Signature of Donee

Phone # ( ) _____

Designated Person:

_____
(Signature)

Email: Date:_____

Property Issued by: JERMAINE TUCKER(DELETED)    Vehicle License:_____

DGS-43-008

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF GENERAL SERVICES/DIVISION OF PURCHASES AND SUPPLY
**FEDERAL SURPLUS PROPERTY**
www.dgs.virginia.gov

State Agency Code: 0
Donee Account Number: 20523330

**DISTRIBUTION DOCUMENT AND INVOICE**
1480 E. Main St., Suite 703, Wytheville, VA 24382
Telephone: (276) 228-6803 - FAX (276) 228-6927

PAYMENT DUE WITHIN
30 DAYS OF THIS INVOICE

| | | |
|---|---|---|
| To: | MATTHEW LEFANDE | No: D200000038 |
| Agency Name: | COMMONWEALTH PROTECTION INSTITUTE (CPI) | PO Number: |
| Address Line 1: | 4585 NORTH 25TH ROAD | Date: 02/20/2019 |
| Address Line 2: | | |
| City: | ARLINGTON | |
| State: | VIRGINIA | |
| Zip: | 22207 | |

**TO PAY ONLINE (VISA OR MASTERCARD) CLICK ON THE LINK PROVIDED IN YOUR FEDERAL OSPM INVOICE EMAIL.
IF YOU NEED TO PAY BY CHECK, PLEASE MAKE OFFICIAL AGENCY CHECK PAYABLE TO THE TREASURE OF VIRGINIA
AND MAIL TO: THE DEPARTMENT OF GENERAL SERVICES, P.O. BOX 267, RICHMOND, VA 23218-0267**

| TRANSFER ORDER NO. | NSN | ITEM DESCRIPTION | UNIT ACQ. COST | TOTAL ACQ. COST | QUANTITY AND UNIT | UNIT SERVICE CHARGE | TOTAL SERVICE CHARGE |
|---|---|---|---|---|---|---|---|
| 51-019-0027-42-001 | 6115 | GENERATORS AND GENERATOR SETS, | $200.00 | $200.00 | 1/EA | $30.00 | $30.00 |
| 51-019-0034-24-001 | 3432 | WELDING MACHINE, RESISTANCE | $1,402.00 | $1,402.00 | 1/EA | $140.00 | $140.00 |
| 51-019-0035-51-001 | 3445 | SHEARING MACHINE,ME | $3,187.82 | $3,187.82 | 1/EA | $318.00 | $318.00 |
| 51-019-0035-51-002 | 3445 | SHEARING MACHINE,SH | $703.67 | $703.67 | 1/EA | $105.00 | $105.00 |
| PAYMENT DUE WITHIN 30 DAYS OF THIS INVOICE | | **TOTALS:** | ACQUISITION COST | $5,493.49 | | SERVICE CHARGES | $593.00 |

The property listed is "as is, where is" with no expressed or implied warranties given. The property listed is for official use of agency listed, and not for personal use.

NOTICE: Please read additional Terms and Restrictions listed on back.

As the duly authorized agent of the above donee, I accept the property listed hereon and commit the donee to the certifications and agreements printed on the reverse of this Document and Invoice.

Received by and Signature of Donee

Phone # ( ) _____

Designated Person: _____
(Signature)

Email: Date: _____

Property Issued by: JERMAINE TUCKER(DELETED)    Vehicle License: _____

# COMMONWEALTH OF VIRGINIA
## DEPARTMENT OF GENERAL SERVICES/DIVISION OF PURCHASES AND SUPPLY
### FEDERAL SURPLUS PROPERTY

www.dgs.virginia.gov

**DISTRIBUTION DOCUMENT AND INVOICE**

1480 E. Main St., Suite 703, Wytheville, VA 24382
Telephone: (276) 228-6803 - FAX (276) 228-6927

State Agency Code: 0
Donee Account Number: 20523330

PAYMENT DUE WITHIN 30 DAYS OF THIS INVOICE

| | |
|---|---|
| To: | MATTHEW LEFANDE |
| Agency Name: | COMMONWEALTH PROTECTION INSTITUTE (CPI) |
| Address Line 1: | 4585 NORTH 25TH ROAD |
| Address Line 2: | |
| City: | ARLINGTON |
| State: | VIRGINIA |
| Zip: | 22207 |

No: D200000037
PO Number:
Date: 01/10/2019

**TO PAY ONLINE (VISA OR MASTERCARD) CLICK ON THE LINK PROVIDED IN YOUR FEDERAL OSPM INVOICE EMAIL.
IF YOU NEED TO PAY BY CHECK, PLEASE MAKE OFFICIAL AGENCY CHECK PAYABLE TO THE TREASURE OF VIRGINIA
AND MAIL TO: THE DEPARTMENT OF GENERAL SERVICES, P.O. BOX 267, RICHMOND, VA 23218-0267**

| TRANSFER ORDER NO. | NSN | ITEM DESCRIPTION | UNIT ACQ. COST | TOTAL ACQ. COST | QUANTITY AND UNIT | UNIT SERVICE CHARGE | TOTAL SERVICE CHARGE |
|---|---|---|---|---|---|---|---|
| 51-019-0013-42-002 | 3431 | WELDING MACHINE, ARC | $4,382.61 | $4,382.61 | 1/EA | $438.00 | $438.00 |
| PAYMENT DUE WITHIN 30 DAYS OF THIS INVOICE | | **TOTALS:** | ACQUISITION COST | $4,382.61 | | SERVICE CHARGES | $438.00 |

The property listed is "as is, where is" with no expressed or implied warranties given. The property listed is for official use of agency listed, and not for personal use.

**NOTICE:** Please read additional Terms and Restrictions listed on back.

As the duly authorized agent of the above donee, I accept the property listed hereon and commit the donee to the certifications and agreements printed on the reverse of this Document and Invoice.

Received by and Signature of Donee

Phone # (    ) _____

Designated Person:

_____
(Signature)

Email:

Date: _____

Property Issued by: KIM HAYES(DELETED)

Vehicle License: _____

DGS-43-008

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF GENERAL SERVICES/DIVISION OF PURCHASES AND SUPPLY
**FEDERAL SURPLUS PROPERTY**
www.dgs.virginia.gov

State Agency Code: 0
Donee Account Number: 20523330

**DISTRIBUTION DOCUMENT AND INVOICE**
1480 E. Main St., Suite 703, Wytheville, VA 24382
Telephone: (276) 228-6803 – FAX (276) 228-6927

PAYMENT DUE WITHIN
30 DAYS OF THIS INVOICE

| | | |
|---|---|---|
| To: | MATTHEW LEFANDE | No: D200000036 |
| Agency Name: | COMMONWEALTH PROTECTION INSTITUTE (CPI) | PO Number: |
| Address Line 1: | 4585 NORTH 25TH ROAD | Date: 01/10/2019 |
| Address Line 2: | | |
| City: | ARLINGTON | |
| State: | VIRGINIA | |
| Zip: | 22207 | |

**TO PAY ONLINE (VISA OR MASTERCARD) CLICK ON THE LINK PROVIDED IN YOUR FEDERAL OSPM INVOICE EMAIL.
IF YOU NEED TO PAY BY CHECK, PLEASE MAKE OFFICIAL AGENCY CHECK PAYABLE TO THE TREASURE OF VIRGINIA
AND MAIL TO: THE DEPARTMENT OF GENERAL SERVICES, P.O. BOX 267, RICHMOND, VA 23218-0267**

| TRANSFER ORDER NO. | NSN | ITEM DESCRIPTION | UNIT ACQ. COST | TOTAL ACQ. COST | QUANTITY AND UNIT | UNIT SERVICE CHARGE | TOTAL SERVICE CHARGE |
|---|---|---|---|---|---|---|---|
| 51-019-0013-42-001 | 3431 | WELDING MACHINE,ARC | $8,015.92 | $8,015.92 | 1/EA | $801.00 | $801.00 |
| 51-019-0017-18-001 | 7010 | PANASONIC TOUGHBOOK, BGROUP-JMBIMV, LOC J08- | $3,270.59 | $9,811.77 | 3/EA | $327.00 | $981.00 |
| PAYMENT DUE WITHIN 30 DAYS OF THIS INVOICE | | **TOTALS:** | ACQUISITION COST | $17,827.69 | | SERVICE CHARGES | $1,782.00 |

The property listed is "as is, where is" with no expressed or implied warranties given. The property listed is for official use of agency listed, and not for personal use.

NOTICE: Please read additional Terms and Restrictions listed on back.

As the duly authorized agent of the above donee, I accept the property listed hereon and commit the donee to the certifications and agreements printed on the reverse of this Document and Invoice.

Received by and Signature of Donee

Phone # ( ) _____

Designated Person: _____
(Signature)

Email: _____ Date: _____

Property Issued by: KIM HAYES(DELETED)    Vehicle License: _____

DGS-43-008

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF GENERAL SERVICES/DIVISION OF PURCHASES AND SUPPLY
**FEDERAL SURPLUS PROPERTY**
www.dgs.virginia.gov

**DISTRIBUTION DOCUMENT AND INVOICE**
1480 E. Main St., Suite 703, Wytheville, VA 24382
Telephone: (276) 228-6803 - FAX (276) 228-6927

State Agency Code: 0
Donee Account Number: 20523330

PAYMENT DUE WITHIN
30 DAYS OF THIS INVOICE

| | | |
|---|---|---|
| To: | MATTHEW LEFANDE | No: D200000034 |
| Agency Name: | COMMONWEALTH PROTECTION INSTITUTE (CPI) | PO Number: |
| Address Line 1: | 4585 NORTH 25TH ROAD | Date: 12/04/2018 |
| Address Line 2: | | |
| City: | ARLINGTON | |
| State: | VIRGINIA | |
| Zip: | 22207 | |

**TO PAY ONLINE (VISA OR MASTERCARD) CLICK ON THE LINK PROVIDED IN YOUR FEDERAL OSPM INVOICE EMAIL.
IF YOU NEED TO PAY BY CHECK, PLEASE MAKE OFFICIAL AGENCY CHECK PAYABLE TO THE TREASURE OF VIRGINIA
AND MAIL TO: THE DEPARTMENT OF GENERAL SERVICES, P.O. BOX 267, RICHMOND, VA 23218-0267**

| TRANSFER ORDER NO. | NSN | ITEM DESCRIPTION | UNIT ACQ. COST | TOTAL ACQ. COST | QUANTITY AND UNIT | UNIT SERVICE CHARGE | TOTAL SERVICE CHARGE |
|---|---|---|---|---|---|---|---|
| 51-019-0007-39-001 | 3417 | MILLING MACHINE | $1,500.00 | $1,500.00 | 1/EA | $150.00 | $150.00 |
| PAYMENT DUE WITHIN 30 DAYS OF THIS INVOICE | | **TOTALS:** | ACQUISITION COST | $1,500.00 | | SERVICE CHARGES | $150.00 |

The property listed is "as is, where is" with no expressed or implied warranties given. The property listed is for official use of agency listed, and not for personal use.

NOTICE: Please read additional Terms and Restrictions listed on back.

As the duly authorized agent of the above donee, I accept the property listed hereon and commit the donee to the certifications and agreements printed on the reverse of this Document and Invoice.

Received by and Signature of Donee

Designated Person:

Email:

Property Issued by: KIM HAYES(DELETED)

Phone # ( ) _____

_____
(Signature)
Date:_____

Vehicle License:_____



## Miller syncrowave 350
$1,500 · Sold

✓ Message sent to seller

See conversation

Review seller



  **Sean · Skat Blast Cabinet**

 Marketplace listing
No longer available

| View more items | More options |

 Ok

MAY 26, 2024 AT 5:25 PM

Sorry I've run out of luck for today. I went to the ATM for cash on the way there and it ate my card.

Ok. Thanks for letting me know.

**You can now rate each other**
People may rate one another based on their interactions or transactions.


Ok, I went back for another card. I'm going to go to another ATM near you. Give me another 45 mins.

MAY 26, 2024 AT 6:26 PM

I'm here.


     Aa  



**Milling machine**
Bridgeport Series I-2HP Vertical Milling Machine Serial Number 142432, 9" T-Slotted Table, 36" Longitudinal Travel, 12" Cross Travel, 5" Quill Travel, 16" Knee Travel, Spindle Speeds (Variable) 60 - 4,200 RPM (High and Low), Spindle Motor 2-HP Spindle Taper R8 Collet, Equipped With: Acu-rite MillMate 2-Axis DRO, Longitudinal, Cross (not working) & Knee Powerfeeds, One Shot Lube System 6� Vise w/handle, R8 Collets, 220/440 3-PH, Needs repair, Manual included,
**Lot:** 12034
**Manufacturer:** Bridgeport
**Quantity:** 1
**Dimensions:** 68W 64D 88H
**Location:** Middle warehouse
Auctioneers Note: This item is available for Buyer pick up by appointment only on **Monday, June 10, 2024 9:00 AM to 3:00 PM. Buyers will be required to bring their own equipment, personnel and vehicle to remove this item within the scheduled time frame.**
Day 2



| Date | Memo | Amount | Balance |
|---|---|---|---|
| Jun 5, 2024 12:57:37 PM | Initial charge | $3,361.71 | - $3,361.71 |
| Jun 5, 2024 1:02:06 PM | Transaction ID: 120474292669 Last four: 4311 | $3,361.71 | $0.00 |

| | |
|---|---|
| Item(s) total | $2,642.85 |
| State Tax | $190.29 |
| Buyers Premium | $528.57 |
| **Total** | **$3,361.71** |

Buyer authorizes auctioneer to release buyer's assets to any individual in possession of the buyer's documents.
We appreciate your business and congratulate you on your winning bids.
If you are using movers please be sure they are aware of what is needed.
Please note: In the unlikely event an item is not available for pickup, the buyer/buyers agent must notify our onsite staff prior to leaving the pick-up site.
In the event of an item dispute, the buyer must communicate with Rasmus within 48 hours via web chat. The Auctioneer's and Seller's liability is limited to the purchase price plus applicable buyers premium and sales tax for an item.
Remember, NO refunds or chargeback will be granted due to a lack of removal at the designated times. After the scheduled removal, items will be considered abandoned and you will be charged a removal fee.
Buyers that do not remove their items within the specified removal times will have their bidding privileges suspended; you will be required to contact the administrator to reactivate your account. (2) Occurrences will result in permanent suspension of bidding privileges.
Buyer has read, understands, and agrees to the terms and

🔒 rasmus.com

Subject: Confirmation of your Full Payment (Item #12134865)
From: GovPlanet Customer Service <customerservice@govplanet.com>
Date: 8/12/2024, 12:31 PM
To: matthew.lefande@cpi-va.us

Dear Matthew LeFande,

We are confirming that your full payment of USD $11,045.75 has been posted for your purchase of the following item(s) through GovPlanet.

Description:      LV-2260 Lathe
Serial Number:    1010274
Location:         Chambersburg, PA, USA
Date of Sale:     Aug 7, 2024
Item Number:      12134865

Pick-Up Details
Company: CP - Chambersburg, PA
Street Address: 4647 Sunset Pike
City, State Zip: Chambersburg, PA 17202
Phone Number:
Contact: Customer Care

Pickup Terms
Failure to follow these terms may result in the seller turning away the attempt of your driver to pick up the purchased item(s). You will be responsible for any transportation charges issued by the provider.
* Hours: M-T  8am-2pm and have load assistance up to 10k
* M-T  8am-2pm and have load assistance up to 10k
* No Loading Dock, Ramps, or Forklift Available: Only RGN or trailers with ramps can be used to pick up this item at this location. Seller will not allow item to be loaded on a step-deck or flatbed trailer without the appropriate ramps.
* Driver MUST bring a copy of the GovPlanet Item Release to pick the item up.
* If the item has not been picked up from the Seller's location within eight (8) business days after availability of the Item Release.

YOU MUST PRINT THE ITEM RELEASE FORM FROM THE POST-SALE PAGE PRIOR TO PICK-UP.

***IMPORTANT NOTE*** Your item has been identified as self pick-up. As a reminder, you will need to bring with you an GovPlanet Item Release, as sellers may refuse to release equipment to anyone not presenting this document at the time of pick-up. You can now access the Item Release on the Post-Sale Info page by clicking the "Info" link next to this item on the "Buying List" section of your "My Account" page, or just go to:
http://www.govplanet.com/jsp/equip/post-sale.jsp?equipId=12134865&h=4/9/3000,d12134865. To print the Item Release from the post-sale page and click on the "Print Item Release" button.

We have informed the seller that this item has been paid in full and you can now arrange to have this item picked-up at any time. If you have general questions about your purchase, please contact a Customer Care Agent. If applicable, it is important that you follow the manufacturer's Preventive Maintenance recommendations for returning an idle machine to service. Any powertrain or other damage caused by failure to perform proper lubrication servicing before operation will be your responsibility. See:
http://www.govplanet.com/cust_support/lubrication_service.jsp.

Click here to view and print your Item Release: http://www.govplanet.com/jsp/acct/print-

 

# ITEM RELEASE

IronPlanet hereby acknowledges and confirms that payment from the buyer on the item identified below has been received by IronPlanet in accordance with the Buyer Terms and Conditions. Seller is hereby requested to make available and to release the item to the buyer identified below pursuant to the Seller Terms and Conditions. Questions regarding payment for, and release of, the item should be directed to IronPlanet.

**Item:** 12134865     **Release Code:** DRMWWJ     **Sale Date:** August 7, 2024

| | |
|---|---|
| Description | LV-2260 Lathe |
| Serial No./ VIN | 1010274 |
| Seller Ref No. | W81W2933410089 |
| IronPlanet Sticker No. | G2059890 |

**Features:**

## Seller/Pick-Up Information

| | |
|---|---|
| Seller/Pickup | CP - Chambersburg, PA |
| Address | 4647 Sunset Pike |
| Contact | Customer Care |

**Pick-Up Limitations:** You may come any time during these hours without an appointment. Holidays may affect these hours. Must have a printed copy of the Item Release Form..
**Hours (local time):** - to -

| Facilities/Equipment/Services | Available? | Fee | Height | Capacity | Comment |
|---|---|---|---|---|---|
| Loading Dock | No | | | | |
| Load Assistance | No | | | | |
| Forklift | No | | | | |
| Ramps | No | | | | |

**Loading Assistance at IronPlanet Facilities:**
In our sole discretion, IronPlanet may provide free tailgate loading assistance at certain IronPlanet warehouse facilities. IronPlanet does not guarantee provision of this service nor will we guarantee a specific loading time. In consideration of this free tailgate loading service, you agree to release, defend and indemnify IronPlanet against third party claims, losses, injuries, damages and expenses of any nature and hold us harmless and waive any and all claims, causes of actions, damages (including consequential damages or loss of use) or liabilities of any kind or nature associated with or caused by tailgate loading service.

## Buyer Information & Instructions

| | |
|---|---|
| Buyer | Commonwealth Protection Institute |
| Contact | Matthew LeFande; Ph: 703-879-3014; Cell: 12026575800 |
| Fax / Email | matthew.lefande@cpi-va.us |

**Buyer's Responsibilities:**

- This document must be presented at the time of pickup for your item to be released. Failure to provide this document will result in your item not being released.
- Buyer shall call the point of contact listed in the Seller/Pick-Up Information section above one day in advance (unless otherwise indicated in the Pick-Up Limitations section above) to arrange pickup.
- Buyer shall arrange for transportation of the item. Buyer may self-transport or cause to have the item delivered care of a transportation provider. All costs associated with transportation of the item, including dismantling, loading, and jump starting, shall be borne by Buyer.
- Buyer is responsible for obtaining proper equipment to load and transport the item.
- Buyer/Driver shall verify Serial No./VIN and any attachment(s), as listed under Features above, prior to loading to avoid return shipping costs.
- **Unless otherwise noted in the pickup limitations, the item must be removed from location to avoid potential storage and administrative fees levied on the item.**
- Any item that is not picked up within thirty (30) days following availability of the Item Release will be considered abandoned and disposed of by IronPlanet as it deems appropriate.
- Submit required documentation to IronPlanet once item has been received.

**FAILURE TO COMPLY WITH THE ABOVE MAY RESULT IN ADDITIONAL CHARGES FOR THE BUYER.**

# NOT VALID AS A BILL OF LADING

Please contact an IronPlanet Customer Care Agent at 1-800-211-3983 with any questions.

5667 Gibraltar Drive, Suite 200 Pleasanton, California, 94588   **P** 800-211-3983   **F** 888-433-3467   www.ironplanet.com

Subject: Winning Notice on Auction # 3600937
From: Public Surplus <notices@publicsurplus.com>
Date: 9/11/2024, 10:25 AM
To: "Matthew A. LeFande" <matthew.lefande@cpi-va.us>

Congratulations Matthew A. LeFande, you are the winner of auction 3600937 Blackhawk Hydraulic press & Heavy-Duty Air Jack.

$525.00 was your bid.

$55.13 (Buyer Premium) (10.50%$1.00 min. )
    $34.81 State (6.0%)
-----------
$614.94 is the total amount due for this auction.
    Please go to http://www.publicsurplus.com/sms/olp/aucpay?auc=3600937 and log in to make your payment

PayMac, a third-party payment processing company, receives and processes ALL payments for Baltimore County Public Schools.

If you would like to see the breakdown of your bid, any applicable fees, any applicable taxes, the terms or the auction, Seller information, etc. please go to the auction to review those details that you agreed to when you placed your bid.

    http://www.publicsurplus.com/sms/auction/view?auc=3600937

Please set up payment promptly to avoid having your bid becoming default and possibly being awarded to the next highest bidder. If you have any issues or concerns about the timing of your payment or pickup requirements please contact the seller immediately.

    Seller Information
    Seller Name:    Baltimore County Public Schools
    Auction Location:
        BCPS - Cockeysville Service Center
    103 Wight Ave
        Cockeysville, MD 21030
        Auction Contact:  Jeffrey Dukes
        (443) 809-1806


    Sales Tax
    Applicable sales tax will be added to the amount due unless the buyer has provided a valid tax-exempt certificate to Baltimore County Public Schools prior to payment.

    Partial Payments
    There will be NO partial payments allowed for an auction. All auctions must be paid in full by the specified payment process. For example, you WILL NOT be able to pay partially for an auction by Credit Card and pay the remainder by another payment method, such as a wire transfer.


If you have any questions or concerns please feel free to reach out to customer service at buyersupport@publicsurplus.com or by going to https://www.publicsurplus.com and clicking on the chat button.

You purchased this item on Oct 15, 2024
See order details

This item is out of stock.



432 ♡

## 110V Car Lift Hydraulic Power Unit Auto Lifts Post Hydraulic Pump 2.64 gal/10 qt



Uimoso Auto Store US (34771)
99.2% positive feedback